NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSTRADENT USA, INC., JJGC INDUSTRIA E COMERCIO DE MATERIAIS DENTARIOS S/A,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**NOBEL BIOCARE SERVICES AG, NOBEL BIOCARE USA, LLC,**
*Intervenors*

---

2016-2336

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-934.

---

**JUDGMENT**

---

NICOLA ANTHONY PISANO, Foley & Lardner LLP, San Diego, CA, argued for appellants. Also represented by JOSE L. PATINO.

MEGAN MICHELE VALENTINE, Office of the General Counsel, United States International Trade Commission,

Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

SHEILA N. SWAROOP, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for intervenors. Also represented by JOHN B. SGANGA, JR., BARAA KAHF, SEAN MURRAY.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 19, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |